## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Elizabeth Monaghan−Bristow

                              Plaintiff,

v.                                                          Case No.: 1:14−cv−06314
                                                           Honorable Andrea R. Wood

John C. Bonewicz, P.C., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 30, 2014:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held; continued to 2/24/2015 at 9:00 a.m. Having reviewed the parties Joint Initial Status Report [18], the Court orders the following schedule: initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made by 11/15/2015; written discovery shall be issued by 1/28/2015; fact discovery shall be completed by 6/1/2015; and dispositive motions shall be filed by 6/30/2015. The parties do not anticipate expert discovery at this time. Mailed notice (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.