# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH MONAGHAN-BRISTOW, | |
| Plaintiff, | Case No.: 1:14-cv-06314 |
| v. | Honorable Judge Andrea R. Wood |
| JOHN C. BONEWICZ, P.C. and CACH, LLC, | |
| Defendants. | |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ELIZABETH MONAGHAN-BRISTOW and the Defendants JOHN C. BONEWICZ, P.C. and CACH, LLC, through their respective counsel that the above-captioned action is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 10, 2018　　　　　　　　　　Respectfully Submitted,

**ELIZABETH MONAGHAN-BRISTOW**　　　**JOHN C. BONEWICZ, P.C. AND CACH, LLC**

*/s/ Mohammed O. Badwan*　　　　　　　*/s/ Nicole M. Strickler (with consent)*
Mohammed O. Badwan　　　　　　　　　Nicole M. Strickler
*Counsel for Plaintiff*　　　　　　　　　　*Counsel for Defendants*
Sulaiman Law Group, LTD.　　　　　　　Messer, Strickler, Ltd.
2500 S. Highland Ave., Ste. 200　　　　　225 W. Washington Street, Suite 575
Lombard, Illinois 60148　　　　　　　　　Chicago, Illinois 60606
Phone: (630) 575-8181　　　　　　　　　Phone: (312) 334-3442
mbadwan@sulaimanlaw.com　　　　　　nstrickler@messerstrickler.com